STATE of Missouri, Respondent,

v.

Edward TURNER, Appellant.

No. WD 44589.

Missouri Court of Appeals,
Western District.

July 28, 1992.

J. Bryan Allee, Asst. Appellate Defender,
Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, C.J., and KENNEDY and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from a conviction of one count of first-degree robbery, § 569.020, RSMo 1986; two counts of kidnapping, § 565.110, RSMo 1986; and three counts of armed criminal action, § 571.015.1, RSMo 1986. Appellant was sentenced as a persistent offender to concurrent sentences of 25 years imprisonment on the first-degree robbery count, 25 years on one of the armed criminal action counts, and 10 years imprisonment on each of the remaining counts. Affirmed. Rule 30.25.

STATE of Missouri, Respondent,

v.

Norman A. MORRIS, Appellant.

No. WD 45207.

Missouri Court of Appeals,
Western District.

July 28, 1992.

Gary E. Brotherton, Columbia, for appellant.

William L. Webster, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and SPINDEN and SMART, JJ.

ORDER

PER CURIAM:

Appeal from conviction of sodomy, Section 566.060, RSMo 1986, with a sentence of 5 years' imprisonment.

Affirmed. Rule 30.25(b).